UNITED STATES DISTRICT COURT
<u>SOUTHERN DISTRICT OF NEW YORK</u>

| | |
|---|---|
| United States of America, | Attorney's Affirmation |
| - against - | Ind. # 07 Cr 566 (GBD) |
| David Wilkins *et al*, <br> Terrence McGee, <br>    Defendant | |

  **Louis R. Aidala**, an attorney duly admitted to practice law in the Courts of the State of New York and the Southern District of New York, affirms and says the following:

  I am the attorney assigned to represent Terrence McGee, one of the defendants herein. Mr. McGee respectfully joins in the omnibus motions of the co-defendant, David Wilkins, including the motion to suppress electronic surveillance evidence, to the extent that they pertain to him. Said motions have been reviewed by counsel.

  Defendant's affidavit in support of the suppression motion is filed herewith.

  **Wherefore**, it is respectfully requested that the relief sought in the aforementioned motions be granted.

Dated: New York, NY
   April 14, 2008

                       Respectfully submitted,

                       Louis R. Aidala
                       Attorney for Terrence McGee