UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,                                    Defendant's Affidavit

  - against -                                              Ind. # 07 Cr 566 (GBD)

David Wilkins *et al*,
Terrence McGee,
        Defendant

---

State of New York:
                ss:
County of New York:

    Terrence McGee, being duly sworn, deposes and says:

    I am a defendant in the above referenced matter and submit this affidavit in support of the motions to suppress evidence obtained from the electronic surveillance of the telephone(s) used by co-defendant David Wilkins, in which my lawyer is joining on my behalf..

    Some of my telephone conversations were intercepted during the electronic surveillance. As such I am an aggrieved party under the federal wiretap statutes, and have standing to join in the suppression motion.

                                                               Terrence McGee

Sworn to before me this
11th day of April 2008

Joan Palermo
Notary Public

JOAN PALERMO
Notary Public, State of New York
No. 31-4859662
Qualified in New York County