**NOTICE OF CHANGE OF ADDRESS**

LOUIS R. AIDALA
Attorney at Law
546 Fifth Avenue
6th Floor
New York, NY 10036-5000

PH:  212 750 9700 (unchanged)
FAX:  212 750 8297 (unchanged)