**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**United States of America,**

                                                            **07 Cr 566 (GBD)**

    **- against -**

**Terrence McGee,**
                            Defendant

_____

### NOTICE OF CHANGE OF ADDRESS

To:   Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:   Louis R. Aidala

☐     *Attorney*

    ☐     I am a U.S.D.C., Southern District of New York attorney.  My Bar Number is:

      LA 9471

    ☐     *Address*:   546 Fifth Avenue, 6th Floor, New York, NY 10036-5000

    ☐     *Telephone Number*:   212 750 9700

    ☐     *Fax Number:*   212 750 8297

    ☐     *E-mail Address*:   lraidala@aol.com

Dated:   June 3, 2008                                       Louis R. Aidala